```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 19009
   MARITZA DELAROCA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-4376


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/07 .

    2.  The case was dismissed without confirmation, 01/11/2008.

    3.  The Debtor paid a total of $   2223.12 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
----------------------------------------------------------------------
WILSHIRE CREDIT CORP       CURRENT MORTG          .00           .00             .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE    NOT FILED           .00             .00
OCWEN LOAN SVCG            SECURED          NOT FILED           .00             .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED           .00             .00
ALLIED INTERSTATE          UNSECURED        NOT FILED           .00             .00
CERTIFIED SERVICES INC     UNSECURED        NOT FILED           .00             .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED           .00             .00
DEBT COLLECTION PROFESSI   UNSECURED        NOT FILED           .00             .00
DEPENDON COLLECTION SERV   UNSECURED        NOT FILED           .00             .00
FFCC COLUMBUS INC          UNSECURED        NOT FILED           .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00             .00
HSBC                       UNSECURED        NOT FILED           .00             .00
LVNV FUNDING               UNSECURED        NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED        NOT FILED           .00             .00
NORTHWEST COLLECTORS       UNSECURED        NOT FILED           .00             .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED           .00             .00
SUPERIOR MANAGEMENT        UNSECURED        NOT FILED           .00             .00
THOMAS R HITCHCOCK         REIMBURSEMENT        64.50           .00             .00
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
----------------------------------------------------------------------
     Summary of disbursements:
----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         64.50          .00          .00           64.50
PRINCIPAL PAID        .00           .00          .00          .00             .00
INTEREST PAID         .00           .00          .00          .00             .00
```

```
TOTAL PAID                       .00           .00         .00           .00            .00
```
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   3500.00
and was paid $    1170.27 .

The Trustee received $       72.05 .

Refunds to the Debtor totaled $    980.80 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/16/08                          /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE